AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Williams, Ann C | 2. Court or Organization<br><br>U.S. Court of Appeals 7th Cir. | 3. Date of Report<br><br>5/12/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge, Active | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>219 S. Dearborn<br>Suite 2612<br>Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Equal Justice Works |
| 2. Board of Trustees | National Institue for Trial Adovacy |
| 3. Board of Directors | Federal Bar Association |
| 4. Board of Directors, Secretary | University of Notre Dame |
| 5. Board of Directors, Past President | Federal Judges Association |
| 6. Chair | Just the Beginning Foundation |

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 14 12 52 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2003 | National Institute for Trial Adovacy | S23,205.00 |
| 2. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | |
| --- | --- | --- | --- |
| 1. | 2003 | Amalgamated Bank | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | SEE ATTACHED | |

<u>SECTION IV - Reimbursements</u>

NOTE:    USE THIS SIMILAR INFO WHEN FILLING AT NON-CASE
RELATED FORM.

<u>Reimbursements for Meals, Hotel and Transportation Only</u>

<u>2003</u>

January 11-19            Houston, TX
National Institute for Trial Advocacy (NITA)

Feb 1-3                  Washington, DC
Federal Judges Association Board Meeting

February 6-7             Naples, FL
Notre Dame Board Meeting

February 27- March 2     Phoenix, AZ
PriceWaterhouse Coopers CLE Program

March 5-8                Minneapolis, MN
NITA Trial Advocacy Program

April 9-12               Minneapolis, MN
NITA Trial Advocacy Program

April 25-26              San Antonio, TX
NITA Spring Board Meeting

| | |
|---|---|
| May 1 | Washington, DC<br>White House Forum |
| May 3-5 | Washington, DC<br>FJA Annual Board Meeting |
| May 4-6 | Milwaukee, WI<br>7th Circuit Bar Association Meeting |
| May 14 | New York, NY<br>Judge Constance Motely Portrait Unveiling |
| May 19-21 | Washington, DC<br>Judicial Branch Committee Spring Mtg. |
| June 20-27 | Kauai, Lihue<br>9th Circuit Judicial Conference |
| July 14-15 | Washington, DC<br>NITA  Deposition Program |
| August 3-7 | New Orleans, Louisiana<br>National Bar Association - 3rd Annual Mtg. |
| September 10-11 | Philadelphia, PA<br>JTBF Board Meeting |
| Sept 22 - Oct 7 | Ghana (Africa)<br>US State Department |
| October 23-24 | Washington, DC<br>Equal Justice Works Board Meeting |
| October 29 | Richmond, VA<br>Judge Allyson Duncan Investiture |

October 31 - Nov 2     New York, NY
                       Judge Sterling's Portrait Unveiling (Speaker)

November 6-8           Washington, DC
                       NITA Fall Board Meeting

November 8-10          New York, NY
                       Judge James T. Watson Building
                       Dedication

## Compensation for Teaching Programs Only

### 2003

January 11-18          Houston, TX
                       NITA Trial Program

March 5-8              Minneapolis, MN
                       NITA Trial Program

April 9-12             Minneapolis, MN
                       NITA Trial Program

July 14-15             Washington, DC
                       NITA Deposition Program

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ■ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. U.S. Savings Bond | A | Interest | J | T | | | | | |
| 2. IRA's - Elgin State Bank, Elgin, IL. | B | Interest | K | T | | | | | |
| 3. AT&T Common Stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date ___5/12/2004___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544